# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                              CASE NO. 4:13CR00209 BSM

RANDALL FRANKLIN GARRETT                                                           DEFENDANT

## ORDER

Randall Garrett moves *pro se* for early termination of his supervised release, which commenced on March 12, 2012, and is set to expire on March 11, 2015. Based upon information provided by the U.S. Probation Office and having reviewed the record, good cause exists for the early termination of Garrett's supervised release. It is therefore ordered that Randall Garrett's motion for early termination of supervised release [Doc. No. 3] is granted.

IT IS SO ORDERED this 5th day of November 2013.

_____
UNITED STATES DISTRICT JUDGE